FILED

12-28-06

UNITED STATES DISTRICT COURT    DISTRICT COURT, EDNC
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. \_\_\_7:06-mj-281\_\_\_

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL INFORMATION |
| ) | |
| JOHNATHAN MICHAEL SANFORD ) | |

The United States Attorney charges that:

On or about October 12, 2006, in the Eastern District of North Carolina, at Marine Corps Base, Camp Lejeune, a place within the special maritime and territorial jurisdiction of the United States, the defendant, JOHNATHAN MICHAEL SANFORD, aiding and abetting another unnamed individual, did knowingly, willfully, and unlawfully steal and purloin the personal property of another, to wit: Marine Federal Credit Union debit card, such property having a value of less than $1,000.00, in violation of Title 18, United States Code, Sections 661 and 2.

GEORGE E.B. HOLDING
United States Attorney

By: _____
FREDERICK A. CONGDON
Special Assistant U.S. Attorney
Criminal Division